ALBANY,
August, 1807.

Kellogg
v.
Mauncy.

and administrators in like cases. The plaintiffs must pay the costs.

Motion granted.

## Kellogg *against* Mauncy.

In an action of debt, in a justice's court, on a judgment obtained before another justice, the defendant denied the existence of such judgment, and the plaintiff produced the certificate of the other justice of the judgment recovered, which, not being objected to, the plaintiff obtained judgment in the second action. The certificate of the justice was held to be prima facie evidence, and not being questioned, was sufficient to support the judgment in debt.

ON a return to the *certiorari* in this cause, it appeared, that the defendant in error brought an action of debt against the plaintiff in error, before the justice, on a judgment recovered before another justice. The defendant below denied the existence of any such judgment. The plaintiff below thereupon produced a certificate, under the hand and seal of the other justice, of the judgment obtained before him. The defendant not objecting to the certificate, nor denying the handwriting of the justice, and as he had, the day before the trial, admitted the former judgment to be for a just debt, the justice gave judgment for the amount recovered before the other justice, with the costs.

*Ingalls,* for the plaintiff in error.

*Henry,* contra.

*Per Curiam.* The only question is, whether the declaration of the plaintiff below was fully proved. The certificate of the former judgment, which was produced, and

not objected to, was *prima facie* evidence, at least, of the existence of the judgment; and as this evidence was not contradicted or questioned by the defendant below, it must be considered as sufficient to support the judgment.

Judgment affirmed.